UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KAMERON HARRIS

VERSUS

STATE OF LOUISIANA, ET AL.

CIVIL ACTION

24-1004-SDD-SDJ

### RULING

The Court has carefully considered the *Motion,*[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Scott D. Johnson. dated May 14, 2025, to which no objection has been filed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS ORDERED** that Plaintiff's *Motion to Remand*[3] is **GRANTED** and this matter is **REMANDED** to the Eighteenth Judicial District Court for the Parish of Iberville, State of Louisiana.

Signed in Baton Rouge, Louisiana, on this 24 day of June, 2025.

_____
**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 13.
[2] Rec. Doc. 25.
[3] Rec. Doc. 13.